IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES CHRISTOPHER VALIMONT, <br><br> Defendant. | 8:12CR430 <br><br> ORDER |

This matter is before the Court on the defendant's Motion to Continue the Change of Plea Hearing currently set for November 12, 2013 (Filing No. 40). Upon review of the file, the court finds that case will be one year old in December, 2013. Furthermore, the previous Order granting a Motion to Continue Change of Plea Hearing (Filing No.39) ordered that no further continuances would be granted. The Motion to Continue (Filing No. 40) is therefore denied.

IT IS ORDERED:

1. Motion to Continue [40] is denied.
2. This case shall immediately be set for trial before Judge John M. Gerrard.

Dated this 1st day of November, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge