IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12-CR-430 |
| vs. | ORDER |
| JAMES CHRISTOPHER VALIMONT, | |
| Defendant. | |

The defendant has filed a motion (filing 77) seeking relief under U.S.S.G. Amend. 782.

IT IS ORDERED:

1. The defendant's motion (filing 77) will be held in abeyance pursuant to General Order No. 2014-09.

2. The Clerk of the Court shall give notice of the entry of this order to the United States Attorney, the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

Dated this 6th day of May, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge